TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-05-00484-CR







Mario Olalde, Appellant




v.




The State of Texas, Appellee








FROM THE COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY


NO. 9030632, HONORABLE MIKE DENTON, JUDGE PRESIDING






M E M O R A N D U M O P I N I O N



Mario Olalde seeks to appeal from a judgment of conviction for family violence
assault. Sentence was imposed on June 8, 2005. There was no motion for new trial. The deadline
for perfecting appeal was therefore July 8, 2005. Tex. R. App. P. 26.2(a)(1). Notice of appeal was
filed on August 3, 2005. Under the circumstances, we lack jurisdiction to dispose of the purported
appeal in any manner other than by dismissing it for want of jurisdiction. See Slaton v. State, 981
S.W.2d 208 (Tex. Crim. App. 1998); Olivo v. State, 918 S.W.2d 519, 522-23 (Tex. Crim. App.
1996).


The appeal is dismissed.



 __________________________________________

 Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed: September 7, 2005

Do Not Publish